IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-HC-2049-BO

| | | |
|---|---|---|
| MICHAEL HARRIS, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANGELA DUNBAR, | ) | |
|     Respondent. | ) | |

Michael Harris petitions the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and or for injunctive relief. D.E. 1. The matter is before the undersigned for an initial review. See 28 U.S.C. § 2243. Harris seeks medical attention, transfer to a medical facility, and/or treatment from the medical staff at FCI-Butner. Id. This claim challenges the conditions of petitioner's confinement and, if actionable at all, is more appropriately brought as a Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). The matter is DISMISSED without PREJUDICE. Having so determined the "addendum to motion for injunctive relief" seeking the same as the initial petition is DENIED as MOOT. D.E. 3. The clerk is DIRECTED to CLOSE the case.

SO ORDERED, this 18 day of October 2013.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE